# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| CURTIS WARNER, on behalf of himself and all others similarly situated, | ) ) ) | 18-cv-727-LCB-LPA |
| Plaintiff, | ) ) | CLASS ACTION |
| v. | ) ) | JURY TRIAL DEMANDED |
| MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC., and SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO SEAL

Plaintiff Curtin Warner moves the Court, under Fed. R. Civ. P. 6(b) and LR 6.1(a), for an extension of time to serve his Opposition to Defendants' Motion to Seal (ECF#37), and in support thereof respectfully shows the Court that the time originally prescribed for filing and service of such Opposition has not yet expired; that Plaintiff's Opposition is currently due on or before February 22, 2019; that Plaintiff has not previously been granted an extension of time for filing his Opposition; that counsel for Plaintiff consulted with Defendants' counsel, who have consented to the extension; and that Plaintiff's counsel needs additional time to prepare Plaintiff's reply because it was necessary for him to travel out of state to attend to a personal matter.

1

WHEREFORE, Plaintiff respectfully asks the Court to issue an order extending the time for filing Opposition to Defendants' Motion to Seal for an addition seven days, up to and including March 1, 2019.

This the 21st day of February, 2019.

/s/ Jonathan R. Miller
Jonathan R. Miller
N.C. State Bar No. 48224
Law Office of Jonathan R. Miller, PLLC,
d/b/a Salem Community Law Office
301 N. Main Street, Suite 2412
Winston-Salem, NC 27101
Telephone: 336-837-4437
Facsimile: 336-837-4436
Email: jmiller@salemcommunitylaw.com

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004
Tel: (212) 248-7906
Fax: (212) 248-7908
Email: brian@bromberglawoffice.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be electronically served on the following persons by the Court's CM/ECF system:

Danielle Kara Greco

Ethan G. Ostroff

Caren D. Enloe

Laura E. Dean

Richard T. Boyette

Brian L. Bromberg

Dated:       Winston-Salem, NC
February 21, 2019

/s/ Jonathan R. Miller
Jonathan R. Miller