UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CURTIS WARNER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC., and SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP,<br><br>Defendants. | 18-cv-727<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Curtis Warner, by counsel, respectfully notifies the Court of a recent decision relevant to Defendants' pending Motion to Compel Arbitration and Dismiss but was decided after the completion of briefing.

On March 15, 2019, the United States District Court for the Northern District of Illinois issued a ruling in *Folkerts v. Seterus, Inc.*, No. 17 C 4171, 2019 U.S. Dist. LEXIS 42347, 2019 WL 1227790 (N.D. Ill. Mar. 15, 2019). A copy of this decision is attached as **Exhibit A**.

Mr. Warner respectfully submits that the portion of *Folkerts* beginning on page *26 is relevant to the issue of the admissibility of certain statements contained in the Declarations of Andrea K. Dent (ECF#25-1) and Sean Mulcahy (ECF#25-2, ECF#36-2 & ECF#39-2) submitted by Defendants in support of their Motion.

This the 8th day of May, 2019.

**Respectfully submitted,**

/s/ Jonathan R. Miller
Jonathan R. Miller
N.C. State Bar No. 48224
Law Office of Jonathan R. Miller, PLLC,
d/b/a Salem Community Law Office
717 S. Marshall St., Ste. 105F
Winston-Salem, NC 27101
Telephone: 336-837-4437
Facsimile: 336-837-4436
Email: jmiller@salemcommunitylaw.com

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004
Tel: (212) 248-7906
Fax: (212) 248-7908
Email: brian@bromberglawoffice.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be electronically served on the following persons by the Court's CM/ECF system:

Danielle Kara Greco

Ethan G. Ostroff

Caren D. Enloe

Laura E. Dean

Richard T. Boyette

Brian L. Bromberg

Dated: May 8, 2019

/s/ Jonathan R. Miller
Jonathan R. Miller